JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537

Attorneys for Plaintiff

E-FILING

FILED

2008 MAY -5 P 3:40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00290 HRL |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving under the Influence of alcohol; |
| vs. | 18 U.S.C. §13, assimilating California Vehicle Code §14601.1(a) – Driving while license suspended or revoked |
| MARK W. CONOLLY, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §23152(a) - Driving Under the Influence of Alcohol)

On or about 12 January 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

INFORMATION                                    1

MARK W. CONOLLY,

did unlawfully drive a motor vehicle while under the influence of an alcoholic beverage and drug, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23152(a), a Class B misdemeanor.

COUNT TWO: 18 U.S.C., Section 13, assimilating CVC Section 14601.1 (a) - Driving when privilege suspended or revoked

On or about 12 January 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

MARK W. CONOLLY,

did unlawfully drive a motor vehicle while his drivers license was suspended or revoked, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code section 14601.1(a), a Class B misdemeanor.

DATED: 4/21/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

Approved as to form:

_____
CPT Robert N. Michaels
SAUSA

INFORMATION                                    2

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

E-FILING

CR-08 00290 HRL

DEFENDANT - U.S. vs.
MARK WOJCIKOWSKI, S.J

Address: 821 Blossom Way, Apt 6
Hayward, CA 94541

Birth Date: ☑ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
     If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
     Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
     If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. CONOLLY

**COUNT ONE**: 18 U.S.C., Section 13, assimilating California Vehicle Code Section 23152(a) – Driving under the influence of alcohol

    Penalties:    Mandatory Minimum:
        96 hours imprisonment in county jail.
        $390 fine

        Maximum Penalties:
        6 months imprisonment in county jail.
        $1,000 fine

**COUNT TWO**: 18 U.S.C., Section 13, assimilating CVC Section 14601.1 (a) – Driving when privilege suspended or revoked for other reasons.

    Penalties:    Mandatory Minimum:
        $300.00 fine

        Maximum Penalties:
        6 Months imprisonment
        $1000.00 fine